IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT CASSEUS,

        Petitioner,

      v.                     Case No. 25-cv-477-jdp

E. EMMERICH, WARDEN,
FCI OXFORD
        Respondent.

## DECLARATION OF CASE MANAGEMENT COORDINATOR A. PALMER

I, A. Palmer, do hereby declare and state as follows:

1.    I am employed by the Federal Bureau of Prisons (BOP) as a Case Management Coordinator (CMC) at the Federal Correctional Institution in Oxford, Wisconsin (FCI Oxford). As FCI Oxford's CMC, I supervise and manage Unit Team employees who deliver programming and services to inmates. I also supervise and manage the Correctional Systems department, which handles the logistics related to the admission, transfer, and release of inmates. In that capacity, I have access to BOP records relating to admission, transfer, and release of inmates, along with documents maintained by unit team staff. Attached to this declaration are true and accurate copies of records kept in the regular course of business of the BOP.

2.    Inmate Vincent Casseus (Register Number 17626-104, "Casseus") is incarcerated at FCI Oxford.  Attachment A (SENTRY Public Information Inmate Data) at 1 ("RESP OF: OXF").  Prison records reflect that Casseus was sentenced on June 6,

2019, by the United States District Court for the Southern District of Florida, for a drug offense. *Id.* at 2. The court imposed a 110-month sentence of imprisonment, with 5 years of supervised release to follow his release. *Id.* at 2-3. Casseus' current projected release date is April 24, 2026, via Good Conduct Time release. *Id.* at 1. Casseus has been incarcerated at FCI Oxford since October 23, 2023. Attachment B (Inmate History: Quarters) at 1 ("OXF").

3.      I am aware that Casseus has filed a petition for habeas corpus, wherein he claims that BOP has refused to apply credits that he earned. *See* ECF No. 1. As detailed below, as Casseus is subject to a final order of removal, the Federal Time Credits he has earned cannot be applied.

4.      The First Step Act of 2018 (FSA) provides eligible inmates the opportunity to earn 10 or 15 days of time credits (referred to as Federal Time Credits or FTCs) for every 30 days of successful participation in certain Evidence Based Recidivism Reduction Programs (EBRR programs) and Productive Activities (PAs) that are recommended based on the inmate's risk and needs assessment. 28 C.F.R. § 523.40(b).

5.      A final order of removal does not bar an inmate from *earning* FTCs if the inmate is otherwise eligible. *See* 28 C.F.R. § 523.41(d); Attachment C (BOP Program Statement 5410.01: *First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)*) at 6, 13. However, although an inmate subject to a final order of removal can *earn* FTCs, the BOP cannot *apply* FTCs towards prelease custody or early transfer to supervised release for such an inmate. *See* 28 C.F.R. § 523.44(a)(2).

2

6.      As the CMC, I am familiar with the documentation relating to Casseus'
release planning and have reviewed all relevant records in his BOP file. Casseus has
been found to be eligible to earn FTCs. Attachment D (SENTRY Inmate History: First
Step Act) at 1.

7.      As of May 5, 2025, the date of his most-recent FSA Time Credit
Assessment, Casseus had earned 1,020 FTCs, pursuant to 2,105 days of accrued
programming and with 16 days that were disallowed. Attachment E (FSA Time Credit
Assessment) at 1.  Casseus has been receiving credit from programming since July 15,
2019. *Id.* at 1.

8.      On or about May 28, 2024, the U.S. Department of Homeland Security
(DHS) transmitted to BOP an Immigration Detainer – Notice of Action, which stated
that DHS determined that probable cause existed that Casseus was a removeable alien,
as he was subject to a final order of removal.  Attachment F (Immigration Detainer –
Notice of Action) (redacted).

9.      On or about May 29, 2024, the BOP transmitted a Detainer Action Letter to
the Bureau of Immigration & Customs Enforcement, indicating receipt of the detainer.
Attachment G (Detainer Action Letter) (redacted).

10.     Casseus' BOP central file includes a copy of the "Order of the Immigration
Judge" dated May 4, 2020, where Immigration Judge Mary Lee found Casseus to be
"removable" and ordered that he be removed to Haiti.  Attachment H (Order of the
Immigration Judge) (redacted).  Casseus' appeal of the order was rejected, with a notice
of the rejection dated June 3, 2020. *Id.* at 4-5.

11.    As Casseus is subject to a final order of removal, his earned FTCs cannot be applied towards prelease custody or early transfer to supervised release. *See* 28 C.F.R. § 523.44(a)(2).

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this __14__ day of July, 2025.

A. Palmer, Case Management Coordinator
FCI Oxford